UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; et al.,<br><br>        Plaintiffs - Appellees,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Intervenor-Plaintiff - Appellee,<br><br>KQED, INC.,<br><br>        Intervenor - Appellee,<br><br> v.<br><br>GAVIN NEWSOM, Governor; et al.,<br><br>        Defendants - Appellees,<br><br>DENNIS HOLLINGSWORTH; et al.,<br><br>        Intervenor-Defendants - Appellants,<br><br> and<br><br>PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County | No. 20-16375<br><br>D.C. No. 3:09-cv-02292-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

of Los Angeles,

        Defendants.

The reply brief submitted on October 30, 2020 is filed.

Within 7 days of this order, appellants are ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7